## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Forrester, Michelle Constantine<br><br><br>Debtor. | Case No. **16-04402**<br>Chapter: **13**<br><br>**NOTICE OF MOTION/<br>APPLICATION AND<br>OPPORTUNITY FOR HEARING** |

TAKE NOTICE that **Michelle Constantine Forrester** filed a MOTION FOR MORATORIUM OF PAYMENTS UNDER CHAPTER 13 PLAN.

TO: THE FOLLOWING CREDITORS: All Creditors.
A copy of the motion and proposed order (Motion/Application) accompanies this notice.

TAKE FURTHER NOTICE that any response, return and/or objection to the motion, should be filed with the Clerk of the Bankruptcy Court no later than twenty one (21) days from service of motion and a copy of the simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this motion or application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **June 21, 2017** at **9:00a.m.**, at **United States Bankruptcy Court, 145 King St., Room 225, Charleston, SC 29401.** No further notice of this hearing will be given.

Date this 5th day of May, 2017

/s/ Heather S. Bailey
Heather S. Bailey
Moss & Associates, Attorneys, P.A.
D.C. ID# 11592
2170 Ashley Phosphate Rd., Ste. 405
North Charleston, SC 29406
(843) 744-3002

Address of Court:
United States Bankruptcy Court
145 King Street, Room 225
Charleston, SC 29401

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Forrester, Michelle Constantine<br><br>Debtor. | C/A No. **16-04402**<br><br>Chapter: **13** |

## MOTION FOR MORATORIUM UNDER CHAPTER 13 PLAN

COMES NOW, Michelle Constantine Forrester ("Debtor"), by and through her undersigned counsel, and file this Motion for Moratorium of Payments under Chapter 13 Plan ("Moratorium Motion"), which requests a moratorium of plan payments for a period of three months, to include April, May and June 2017. The Debtor proposes to resume her regular monthly payment of $629.00 in July 2017. Debtor will be responsible for making sure that the full amount is paid, as debtor will resume payments directly to the Chapter 13 trustee.

Debtor filed for Chapter 13 relief under the Bankruptcy Code on August 30, 2016. Debtor's Chapter 13 Plan ("Plan") has not yet been confirmed. Debtor's Plan requires for monthly payments of $590.00 per month for three (3) months, for monthly payments of $525.00 per month for three (3) months, and for monthly payments of $629.00 per month for fifty-one (51) months.

A Motion for Moratorium is judged as a motion to modify the confirmed Chapter 13 plan pursuant to 11 U.S.C. § 1329.[1] See In re Wilson, C/A No. 96-75601-W, slip op. at 2 (Bankr. D.S.C. May 20, 1997). The Court issued In re Wilson to provide the Chapter 13 Bar with guidance concerning the requirements of a Motion for Moratorium of Payments under a

---

[1] Further references to the United States Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*, shall be by section number only.

Chapter 13 Plan. In re Wilson, slip op. at 1. The party moving to modify a confirmed Chapter 13 plan has the burden of showing an unanticipated, substantial change in circumstances warrants modification of the plan. In re Wilson, slip op. at 4. Such a substantial change in circumstances may be a change in the debtor's financial condition after confirmation. In re Wilson, slip op. at 3-4 (quoting Arnold v. Weast (In re Arnold), 869 F.2d 240, 241 (4thCir. 1989)). In order to satisfy the burden required for a motion to modify a confirmed Chapter 13 plan to defer payments for a period of time, a debtor must demonstrate a substantial change in circumstances and demonstrate that the plan satisfies § 1322(b), § 1322(c), § 1325(a), and § 1329(c). Id. at 4. In In re Wilson, the Court explained the following facts that a debtor must allege in order to meet this burden:

> the number of months for which the debtor proposes to defer payments to the trustee; a good faith reason why modification of the plan is necessary; an explanation as to why the needed deferral of payments does not render the plan unfeasible; an explanation as to how the debtor will be able to resume the payments to the trustee at the end of the period during which payments are deferred; a statement of the number of payments which have come due to the trustee under the plan as of the filing of the motion; and a statement of the total number of months the confirmed plan is to run and whether the granting of the modification will cause the plan to exceed the plan term limit set forth in § 1329(c).

In re Wilson, slip op. at 5.

Debtor proposes to defer her Plan payments for a period of three months. Debtor proposes this plan modification in good faith as she experienced a temporary change in her monthly income subsequent to her Plan's filing. Due to unforeseen circumstances, the Debtor is no longer employed by Cumulus Media. Debtor turned to real estate, which fluctuates in income until securely established. Debtor had her first closing in March 2017, and has provided a profit and loss for the next 6 months to show anticipated income. Debtor is adamant on successfully completing her Chapter 13 bankruptcy case which is dependent on Debtor's

confirmation. In addition to this Moratorium, Debtor proposes to pay her delinquent amount of $114.00 the week of May 08, 2017. Furthermore, Debtor will amend schedules I and J to reflect her new employer. Debtor is asking for time to regroup her financial situation so that she may become current on her trustee payments. Debtor apologizes deeply for any inconvenience this may have caused. As such, not granting a moratorium based on the Debtor's hardship would be detrimental for the Debtor to have a successful reorganization. Based on the foregoing, the Debtor moves for a three-month moratorium on payments due under her Chapter 13 plan.

Debtor's Plan, which includes the three month moratorium, will not exceed the plan term limit set forth in § 1329(c), as "the five year limitation period imposed by § 1329(c) does not commence on the date that the first payment is due but rather on the date that the first payment after confirmation is due." In re Stroud, C/A No. 07-04502-jw, slip op. at 2 (Bankr. D.S.C. March 5, 2008)(citations omitted). Debtor has made six (6) payments prior to this time. Thus, tacking on three monthly payments to the end of Debtor's Plan will not result in the Plan exceeding the plan term limit of § 1329(c).

WHEREFORE, Debtor moves this Court for an Order granting Debtor's Moratorium Motion or for whatever relief the Court deems just and appropriate.

Respectfully submitted.

Moss & Associates Attorneys, P.A.

By: /s/ Heather S. Bailey
Heather S. Bailey, Esq.
Federal I.D. No. 11592
2170 Ashley Phosphate Rd, Ste 405
N Charleston, SC 29406
(843) 744-3002
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re: )
Forrester, Michelle Constantine ) Case No. **16-04402**
)
)
) Chapter: **13**
Debtor. )
_____ )

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING MOTION FOR MORATORIUM TO THE FOLLOWING CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID:

James M. Wyman, Chapter 13 Trustee (CM/ECF)
See Attached List

Date: May 5, 2017

/s/ Inna Kirpachova
Bankruptcy Paralegal
Moss & Associates Attorneys, P.A.
2170 Ashley Phosphate Rd. Ste 405
North Charleston, SC 29406
(843) 744-3002

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 16-04402-jw<br>District of South Carolina<br>Charleston<br>Fri May  5 11:45:47 EDT 2017 | J. Bratton Davis United States<br>Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201-2423 | AARGON COLLECTIONS<br>8668 SPRING MOUNTAIN ROAD<br>Las Vegas NV 89117-4132 |
| ATTORNEY GENERAL OF UNITED STATES<br>950 PENNSYLVANIA AVENUE, NW<br>Washington DC 20530-0009 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Syndicated<br>Office Systems, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | BERKELEY COUNTY CLERK OF COURT<br>PO BOX 219<br>Moncks Corner SC 29461-0219 |
| BERKELEY COUNTY TAX COLLECTOR<br>P.O. BOX 6122<br>MONCKS CORNER, SC 29461-6120 | BERKELEY COUNTY TREASURER<br>PO BOX 6122<br>Moncks Corner SC 29461-6120 | CALIBER HOME LOANS<br>PO BOX 619063<br>Dallas TX 75261-9063 |
| Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | EAST COOPER MEDICAL CENTER<br>PO BOX 66044<br>Anaheim CA 92816-6044 | IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 |
| KROSS, LIEBERMAN & STONE<br>PO BOX 565<br>Morrisville NC 27560-0565 | LOWCOUNTRY PATHOLOGY ASSOC<br>PO BOX 876<br>Greenville NC 27835-0876 | MEDICAL UNIVERSITY OF SOUTH CAROLINA<br>8668 SPRING MOUNTAIN ROAD<br>Las Vegas NV 89117-4132 |
| MUSC PHYSICIANS<br>8668 SPRING MOUNTAIN ROAD<br>Las Vegas NV 89117-4132 | MUSC PRIMARY CARE<br>1440 BEN SAWYER PLAZA, SUITE 1109<br>Mount Pleasant SC 29464-5526 | NATIONAL ALLERGY ASTHMA<br>5640 RIVERS AVENUE<br>Charleston SC 29406-6027 |
| Navy Federal Credit Union<br>PO BOX 3000<br>Merrifield, VA 22119-3000 | REPUBLIC FINANCE<br>214 ST JAMES AVE<br>SUITE 150<br>Goose Creek SC 29445-3082 | Regions Bank<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 |
| (p)REPUBLIC FINANCE LLC<br>1140 ROMA AVE<br>HAMMOND LA 70403-5464 | SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211-2265 | SCA COLLECTIONS<br>PO BOX 876<br>Greenville NC 27835-0876 |
| SCOTT AND CORLEY<br>PO BOX 2065<br>Columbia SC 29202-2065 | STRATFORD CAREER INSTITUTE<br>101 HARRISON STREET<br>Archbald PA 18403-1961 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| TRIDENT ANESTHESIA GROUP<br>PO BOX 20790<br>Columbus OH 43220-0790 | TRIDENT EMERGENCY PHYSICIANS<br>PO BOX 64378<br>Saint Paul MN 55164-0378 | U.S. Bank Trust, N.A., as Trustee for VOLT 2<br>Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 |

| | | |
|---|---|---|
| US ATTORNEY GENERAL<br>ATTN DOUG BARNETT<br>1441 MAIN ST<br>SUITE 500<br>Columbia SC 29201-2862 | US Department of Education<br>PO Box 16448<br>St. Paul, MN  55116-0448 | Heather S Bailey<br>Moss and Associates<br>2170 Ashley Phosphate Rd. Suite 405<br>N. Charleston, SC 29406-4178 |
| James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 | Michelle Constantine Forrester<br>203 Castlewood Court<br>Hanahan, SC 29410-4766 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Republic Finance LLC<br>1140 Roma Ave<br>Hammond, LA 70403 | TITLEMAX<br>1738 SAVANNAH HWY<br>Charleston SC 29407 | (d)TitleMax of South Carolina, Inc. d/b/a Tit<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust, N.A.

End of Label Matrix
Mailable recipients   36
Bypassed recipients    1
Total                 37