B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re Michelle Constantine Forrester,    Case No. 16-04402-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Carrington Mortgage Services, LLC | U.S. Bank Trust, N.A., as Trustee for VOLT 2012-RP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 S. Douglass Rd.
Anaheim, CA 92806

Court Claim # (if known): 6
Amount of Claim: $329,061.50
Date Claim Filed: 11/30/2016

Phone: 800-561-4567
Last Four Digits of Acct #: 3445

Phone: 704-369-0676
Last Four Digits of Acct. #: 4533

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
PO Box 3730.
Anaheim, CA 92806

Phone: 800-561-4567
Last Four Digits of Acct #: 3445

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Louise M. Johnson  SC ID 7509    Date: 10/26/2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.